## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANA LUCIA MARTINEZ,

      Plaintiff,

    v.

CHINA BOY, INC.,

      Defendant.

Civil Action No. 16-496 (RDM)

## ORDER

In light of Defendant's motion to vacate the default judgment, Dkt. 15, and motion to quash the writ of attachment, Dkt. 16, it is hereby **ORDERED** that the writ of execution, Dkt. 14, and writ of attachment, Dkt. 13, are hereby **STAYED**.  It is further **ORDERED** that Plaintiff shall refrain from taking steps to execute the default judgment until the Court has ruled on Defendant's motions.  The Clerk of Court is directed to serve a copy of this order on the U.S. Marshals Service.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  November 14, 2017