UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANA LUCIA MARTINEZ,

        Plaintiff,

    v.

CHINA BOY, INC.,

        Defendant.

Civil Action No. 16-496 (RDM)

## ORDER

This matter is before the Court on Defendant China Boy, Inc.'s motion to vacate the default judgment entered against it on December 29, 2016, dismiss this action, and award attorney's fees. Dkt. 15. China Boy has also moved to quash the writ of attachment issued by the Clerk of Court on October 24, 2017. Dkt. 16. China Boy argues that it never received notice of Plaintiff Ana Lucia Martinez's action until it was served with the writ of attachment or writ of execution on October 24, 2017. Dkt. 15 at 4. Martinez does not oppose China Boy's motions. Dkt. 18 at 4.

Accordingly, it is hereby **ORDERED** that China Boy's motion to vacate the default judgment, Dkt. 15, is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that the default judgment issued on December 29, 2016, Dkt. 8, is hereby **VACATED**; and it is further

**ORDERED** that China Boy's motion to quash the writ of attachment, Dkt. 16, is hereby **GRANTED**; and it is further

**ORDERED** that the writ of attachment, Dkt. 13, and the writ of execution, Dkt. 14, are hereby **QUASHED**; and it is further

**ORDERED** that the motion hearing set for November 29, 2017, is VACATED; and it is further

**ORDERED** that China Boy shall answer or otherwise respond to Martinez's complaint on or before January 5, 2018.[1]

The Clerk of Court is directed to serve a copy of this Order on the U.S. Marshals Service.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  November 21, 2017

---

[1] The Court takes no position on whether Martinez properly effected service on China Boy.