IN THE UNITED STATES FOR THE DISTRICT OF COLUMBIA
District Court, Civil Division

| | | |
|---|---|---|
| ANA LUCIA MARTINEZ | * | |
| | * | |
| | * | |
| Plaintiff /Counter-Defendant | * | Case No.: 1:16-cv-496 (RDM) |
| | * | |
| v. | * | |
| CHINA BOY, INC. | * | |
| | * | |
| Defendant/Counter-Plaintiff | * | |

**************************************************************************

DEFENDANT'S ANSWER AND COUNTERCLAIM

Comes now the Defendant, by and through Counsel, and answers Complaint as follows:

## I.   ANSWER

1. Defendant enters general denial from Paragraphs 1-33 and demand strict proof.

2. Except #3 from the complaint, Defendant admits that China Boy, Inc. is incorporated in D.C.. However, the current address of the business is 815 6th Street, N.W., Washington, D.C., 20001. They have been relocated to 815 6th Street, N.W., for years.

## II. DEFENSES  & AFFIRMATIVE DEFENSES

In response to Plaintiff's Complaint,  Defendant asserts the following defenses:

3. In the Para #11, The plaintiff fraudulently changed her alleged working hours at China Boy from June 2014 through about September 2015.

4. Plaintiff's complaint fails to state a cause of action upon which relief can be granted.

5. Plaintiff's complaint should be dismissed because of Plaintiff left and never returned to China Boy at least two times, once in the end of 2013 to end of January 2014.  Another time she left and never returned in May until August 2014.

6. Plaintiff's complaint should be dismissed because she was not providing any identification even if Defendant has demanded later on.

7. Plaintiff's complaint should be dismissed because she refused to take checks and insisting on cash payments.

8. In between October 1, 2013 to March 2015, Plaintiff chose to be absent without leave for at least two times.  There was no call, e-mail or texting from Plaintiff to any of the managers of Defendant at the time.

9. Plaintiff's complaint should be dismissed because Plaintiff had **at least two jobs** back-to-back in between October 2013- March 2015.  Plaintiff could not substantiate that she "worked" overtime in China Boy at all.

10. Upon information and belief, Plaintiff worked for another restaurant right around the corner from China Boy.  By reasonable calculation, there is no chance for Ms. Gonzalez to "work" any overtime at all because Plaintiff had to go to another job right after China Boy, Inc.

11. Plaintiff's complaint should be dismissed because she is not an employee as defined by the Worker's Compensation Act of the District of Columbia.

12. Plaintiff's complaint should be dismissed because Defendants were  not Plaintiff's employer as defined by the DC Minimum Wage Act  of the District of Columbia. (overtime).

13. Plaintiff's complaint should be dismissed because she is not an employee as defined by the Federal Fair Labor Standards Act (Overtime).

14. Plaintiff's complaint should be dismissed because Defendant is not an employer as defined by the DC Minimum Wage Act of the District of Columbia. (Minimum Wage).

15. Plaintiff's Complaint should be dismissed because the Court lacks jurisdiction over one of parties to this suit.

For the reasons stated above, based upon the foregoing, Defendants pray that Plaintiff's Complaint should be dismissed.

## COUNTERCLAIM

### I.    Facts

1.   China Boy is an incorporated corporation in Washington, D.C. for years.

2.   The physical address of China Boy is 815 6th Street, N.W., Washington, D.C. , 20001.

3.   It is a very small Chinese operation, mainly selling rice crepe (a specialty ingredient for Chinese food, and some Thai food) to different restaurants as a wholesaler around the Chinatown area. They had limited amount of supply and orders over the years.

4.   China Boy is not a qualified "enterprise" according to within the meaning of 3(r) of the FLSA 29 U.S.C. 203 (r).

5.   On about October 1, 2013, a Latina woman approached then manager, Mr. Wu. She was retained by the-then manager to assist the operation in the back. Unfortunately, the manager, Mr. Wu, deceased in January 2015.

6.   Upon information and belief, Ms. Anna Lucia Gonzalez insisted that she would not like to receive any check, but cash only as her payment. China Boy has never short of her payments.

7. Upon information and belief, Ms. Gonzalez did not provide any personal information or identification and refused to provide such information to the then manager at all.  Even if the management asked her on numerous occasions afterwards.

8. Upon information and belief, Ms. Gonzalez also worked in another restaurant around China Boy on the H Street, N.W..

9. Upon information and belief, Ms. Gonzalez worked both jobs back to back almost all the time.

10. Upon information and belief, Ms. Gonzalez did not come to China Boy on the daily basis.

11. Ms. Gonzalez stopped coming to China Boy  (AWOL) from time to time.

12. For example, Ms. Gonzalez disappeared in the December 2013 to the end of January 2014 the first time.

13. Ms. Gonzalez did not call in or ask leave for her absence for December 2013 to January 2014.

14. Ms. Gonzalez re-appeared in the end of January 2014, merely performed her duty for about three days during that month.

15. Upon information and belief, Ms. Gonzalez has never performed her duty  more than 40 hours per week.

16. Ms. Gonzalez could not performed any work more than 40-hour per week because she had to rush to another job after China Boy.

17.  Upon information and belief, Ms. Gonzalez initiated this case because her sister received some payments because of over-time claim and other restaurants owners.

18. Upon information and belief, Ms. Gonzalez merely showed up about 8 days in March and 8 days in February, 2015.

19. Upon information and belief, Ms. Gonzalez came in China Boy anytime she showed up and went out to go to another restaurant to work for her second job.

20. Upon information and belief, Ms. Gonzalez expected to be compensated with cash because her sister was compensated by suing her work places.  Ms. Gonzalez saw her sister reap the fruits of litigation of similar cases.

21.  In October 2017, Alice Dan, the current manager, received some documents from Ms. Gonzalez' attorney.

22. Without any delay, Alice has approached Ms. Chou to untangle the current case and wrote motions to vacate the default judgement.

23. Before Ms. Dan was served with the Court paper, there was a scheduled "business settlement" between her, Mr. Li and two other partners.

24. Due to this litigation, the October 2017 settlement has to be postponed to avoid any complication to the other partners.

25. Due to this litigation, the Martinez vs. China Boy was published all over the internet.

26. The competitor of China Boys, Inc. already knew about this litigation and inquired about that with Ms. Dan recently.

## II.  CAUSES OF ACTION

### A.   Fraudulent misrepresentation

Counter-Plaintiff incorporates all the paragraphs above and states additional statement as following:

1.  Counter-Defendant made a false representation of a material fact; namely, in this case, Ms. Gonzalez stated that she worked from May 2014 to September 2015. She also made a false representation about how many hours did she work in China Boy, Inc. Those false information are the core of this case.

2.  When counter-defendant filed her complaint, she also submitted her affidavit. In her affidavit, she knowingly stated that she worked up to 66-hour per week at China Boy, Inc. Her attorney even did a spreadsheet to demonstrate how much money that China Boys, Inc. "allegedly owed" Ms. Gonzalez. Gonzalez failed to state and inform that court that she also worked at other restaurant(s) right around the corner of China Boy, Inc. immediately afterwards.

3.  As far as Ms. Dan remembers, Ms. Gonzalez even worked in McDonald for a short while in about 2014. She left early that day to pick up a check for herself.

4.  When counter-defendant made the representation, she acted with intent to deceive the China Boy, Inc. Ms. Gonzalez wants to have a windfall like her sister. In this case, she alleged that she worked for China Boy from 2014 to September 2015. Ms. Gonzalez stated that she worked long hours in China Boy without overtime compensation from China Boy, but she could not remember the address of China Boy. She asserted that she worked overtime, but she did not tell the court that she also worked at other restaurant(s) right after China Boy, Inc. Meanwhile, China Boy, inc. manager observed Ms. Gonzalez changed her work wardrobe for the next job all the time.

5. Ms. Gonzalez' own greed spelled over to create hardship to China Boy.  China Boy's partners had to endure anguishment from competitor when they asked about the litigation.

6. China Boy, Inc. had to retain an attorney to represent them, even if they had no idea why and how they got sued.

7. Ms. Gonzalez knowingly and maliciously prosecuted China Boy, Inc. for her own benefits, without any justification.

For the reason stated above, Counter-Plaintiff demands Counter-Defendant to pay $100,000.00 for the false misrepresentation and attorney fees.

B. **Defamation**

Counter-Plaintiff incorporates all the paragraphs above and states additional statement as following:

7. Counter-Plaintiff alleged that Defendant defamed their reputation.  To be specific, in this case,

(i) the counter-Defendant published a false statement about counter-plaintiff, namely, China Boy did not pay her overtime wages as Ms. Gonzalez alleged; Ms. Gonzalez failed to state that she had two jobs at the same time around the same area;

(ii) that the statement was defamatory; in this case, counter-plaintiff believed that they have treated their employees well over the years and retained them over the years.  Ms. Gonzalez was the only person who alleged that she was an employee but refused to provide her proper i.d.; she took time off without prior consultation with management; she did not notify China Boy of

her whereabouts at all.  She acted as an pure independent contractor.  She insisted that she take cash payments only;

(iii)  Ms. Gonzalez negligently publishing the statement; in this case, her attorney wrote a complaint without even verify the correct address; never mentioned about the wrong period of time of the "alleged work period" or "AWOL" all the time.

(iv)  China Boy has suffered actual injury as a result; in this case, due to the language barrier and insufficient service, China Boy has never properly served.  Meanwhile, China Boy is on the internet to be defamed as an employer who refused to pay overtime.

For the reasons stated above, Counter-Defendant demands monetary damages of$50,000.00, including compensatory damages and attorney fees.

We  hereby affirm that we have read the above statement and confirm it is true to the best of our knowledge, through the assistance of our attorney.

_____  1-4-18
Alice Dan            Date

_____  1-4-18
Yik C. Li            Date

## CERTIFICATE OF SERVICE

I the undersigned do hereby certify that a copy of the foregoing Answer and Counterclaim was served electronically to Gregg C. Greenberg, Esq., Zipin, Amster & Greenberg, LLC, 8757 Georgia Avenue, Suite 400, Silver Spring, Md., 20910

_____  1/4/18
B. Marian Chou, Esq.      Date

# Disease Record (File)

Employee Name _Ana Lucia MM_                                    Note

DATE___ _Lo-1- 13_ _____

| Symptoms/ Disease | Present | Past /history | Close People | |
|---|---|---|---|---|
| Diarrhea | Y / N | Y / N | Y / N | Cured |
| Hepatitus | Y / N | Y / N | Y / N | Cured |
| Salmonella | Y / N | Y / N | Y / N | Cured |
| Dysentery | Y / N | Y / N | Y / N | Cured |
| Fever | Y / N | Y / N | Y / N | Cured |
| Vomiting | Y / N | Y / N | Y / N | Cured |

1. If I have the above symptom, I will report it to the manager.

2. I certify that my statement is true.

Hired
Work

Signature _~~~~~ 10-7-13_ ____ Date                Excluded

Signature _____ Date            Cured

Signature _____ Date            MD _____

Signature _____ Date            Lab_____

Signature _____ Date            Self medication
                                                    back to work